## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEEPAK DHURUP JEE, | ) |
| Petitioner, | ) Case No. C10-1727-TSZ |
| v. | ) **ORDER OF DISMISSAL** |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | ) |
| Respondent. | ) |

The Court, having the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 15, to which no objections were filed, orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas petition (Dkt. 4) is **DENIED**, respondent's motion to dismiss (Dkt. 13) is **GRANTED**, and this action is **DISMISSED** with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of March, 2011.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL- 1